**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 15-31516 |
|---|---|
| PATRICIA M ASHLEY-SIMMONS | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/16/2015.

2) The plan was confirmed on 12/07/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/15/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/27/2016.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,700.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,700.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,543.12 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $126.88 |
| Other | $30.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,700.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON'S SALE AND LEASE | Unsecured | 749.99 | NA | NA | 0.00 | 0.00 |
| AARON'S SALE AND LEASE | Secured | 600.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 117.65 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 117.65 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 40.15 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 1,031.76 | NA | NA | 0.00 | 0.00 |
| ALCOA BILLING CENTER | Unsecured | 10.83 | NA | NA | 0.00 | 0.00 |
| AMG Heart & Vascular of IL | Unsecured | 139.39 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY SOLUTIONS | Unsecured | 459.35 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 1,120.00 | 1,031.73 | 1,031.73 | 0.00 | 0.00 |
| AT&T MOBILTY | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| BCA | Unsecured | 397.75 | NA | NA | 0.00 | 0.00 |
| BLUECROSS BLUE SHIELD | Unsecured | 176.75 | NA | NA | 0.00 | 0.00 |
| BLUECROSS BLUE SHIELD | Unsecured | 20.58 | NA | NA | 0.00 | 0.00 |
| BLUECROSS BLUE SHIELD | Unsecured | 4,124.15 | NA | NA | 0.00 | 0.00 |
| BLUECROSS BLUE SHIELD | Unsecured | 22.45 | NA | NA | 0.00 | 0.00 |
| BLUECROSS BLUE SHIELD | Unsecured | 18.04 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 589.39 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 1,149.26 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING INC | Unsecured | 10.32 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 300.00 | 344.00 | 344.00 | 0.00 | 0.00 |
| COLLEGE LOAN CORP | Unsecured | 3,373.00 | 11,834.57 | 11,834.57 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 589.39 | 589.39 | 0.00 | 0.00 |
| Consultants in Clinical Pathology | Unsecured | 4.02 | NA | NA | 0.00 | 0.00 |
| CONVERGENT | Unsecured | 489.88 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU CENTRE | Unsecured | 364.29 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 53.20 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CSCOAS15 | Unsecured | 1,030.83 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT SERVICE | Unsecured | 1,217.44 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Diversified Svs Group | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| DOLTON DENTAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 11,923.28 | 11,923.28 | 0.00 | 0.00 |
| EVERGREEN ANESTHESIA & PAIN | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 1,149.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOME AT FIVE | Unsecured | 364.00 | 364.29 | 364.29 | 0.00 | 0.00 |
| HRRG | Unsecured | 35.90 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 226.86 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 414.96 | 414.96 | 0.00 | 0.00 |
| INGALLS HOSPITAL | Unsecured | 188.25 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,720.44 | 5,654.10 | 5,654.10 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,116.75 | 3,116.75 | 0.00 | 0.00 |
| ISAC | Unsecured | NA | 22,871.84 | 22,871.84 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| KERANIQUE | Unsecured | 84.95 | NA | NA | 0.00 | 0.00 |
| KIRK CENTER FOR HEALTH LIVING | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| LCA COLLECTOINS | Unsecured | 5.68 | NA | NA | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY HOSP | Unsecured | 66.59 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL SERVICE BUREAU | Unsecured | 1,433.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 24,198.00 | 107,640.30 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 733.55 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 292.21 | NA | NA | 0.00 | 0.00 |
| OAK LAW FOOT AND ANKLE CENTE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,374.00 | 1,374.33 | 1,374.33 | 0.00 | 0.00 |
| PROFESSIONAL CLINICAL LABORAT | Unsecured | 8.25 | NA | NA | 0.00 | 0.00 |
| PROTECTION ONE | Unsecured | 361.37 | NA | NA | 0.00 | 0.00 |
| PROVIDEA HEALTH PARTNERS LLC | Unsecured | 423.63 | NA | NA | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 933.00 | NA | NA | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORTS INC | Secured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORTS INC | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABS PHYSICIANS | Unsecured | 8.74 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 606.81 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| THE CARDIOLOGY GROUP | Unsecured | 2.73 | NA | NA | 0.00 | 0.00 |
| THROUGH THE COUNTRY DOOR | Unsecured | 36.45 | NA | NA | 0.00 | 0.00 |
| TIBURON FINANCIAL | Unsecured | 166.54 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD | Unsecured | 68.80 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 38.73 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MEDICAL | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MEDICAL | Unsecured | 995.92 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS PHYSICIAN | Unsecured | 74.94 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | 10,102.84 | 10,102.84 | 0.00 | 0.00 |
| US Employees Credit Union | Unsecured | 310.18 | NA | NA | 0.00 | 0.00 |
| WOMENS HEALTHCARE OF IL | Unsecured | 57.25 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,654.10 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,654.10** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$63,967.98** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,700.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$2,700.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/04/2016               By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**